1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FELIPE SOTO,

                                    Petitioner,

        vs.

PAUL PIERRE, DISTRICT DIRECTOR,
U.S.C.I.S., DEPARTMENT OF
HOMELAND SECURITY

                                    Respondents.

CASE NO. 08CV741 JLS (POR)

**ORDER REQUIRING RESPONSE TO PETITION**

On April 24, 2008, petitioner Felipe Soto filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 to challenge his allegedly unlawful detention by the United States Department of Homeland Security.  (Doc. No. 1.)  Petitioner has paid the filing fee and is represented by counsel.Having reviewed the petition, respondents are hereby **ORDERED** to file and serve a response to the petition no later than May 30, 2008.  The response **SHALL INCLUDE** all documents relevant to the issues raised in the petition.  Should petitioner wish to reply to the response, he **SHALL REPLY** no later than July 3, 2008.  The matter will be deemed under submission at that time, and the parties shall await further order from this Court.

        IT IS SO ORDERED.

DATED:  May 5, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge