# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE SOTO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL PIERRE, District Director, USCIS, DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendant. | CASE NO. 08CV741 JLS (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>(Doc. No. 6) |

On July 16, 2008, the parties filed a joint motion for dismissal, representing that the petitioner prevailed in his removal proceedings and has been released from the custody of the Department of Homeland Security. The Court hereby **GRANTS** the joint motion and **DISMISSES** the action. The Clerk **SHALL CLOSE** the file.

IT IS SO ORDERED.

DATED: July 21, 2008

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge